Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BRANDON PETERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>QUALITY COLLECTIONS LLC, et al.,<br><br>    Defendants. | **EX PARTE MOTION TO RELEASE SETTLEMENT FUNDS**<br><br>Case Number: 1:22-cv-00024<br>Judge: Bruce S. Jenkins |

Plaintiff respectfully requests this Court to release the settlement funds to his attorney, Eric Stephenson of Stephenson Law Firm at its earliest convenience.

Pursuant to a stipulated motion, this Court ordered Defendant to deposit the settlement funds of $80,000.00 with the Court.[1] Defendant complied by depositing the funds on June 29, 2023. The funds are therefore ripe for disbursal to Plaintiff's counsel who may hold those funds in trust until they can be disbursed in accordance with the parties' settlement agreement. Disbursement of the full $80,000.00 should therefore be made out to "Stephenson Law Firm" and mailed to:

>   Stephenson Law Firm
>   250 North Redcliffs Drive, 4B #254
>   Saint George, Utah 84790

DATED 7/1/2023                                              Eric Stephenson
                                                            *Attorney for the Plaintiff*

---

[1] Order to Deposit Funds ECF No. 75

— 2 —

CERTIFICATE OF SERVICE

I hereby certify that on 7/1/2023 I served the foregoing EX PARTE MOTION TO RELEASE SETTLEMENT FUNDS to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson<br>*Attorney for Plaintiff*