Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BRANDON PETERSON,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY COLLECTIONS LLC,<br>et al.,<br><br>Defendants. | **ORDER OF DISBURSEMENT**<br><br>Case Number: 1:22-cv-00024<br>Judge: Bruce S. Jenkins |

Plaintiff requested this Court to release the settlement funds to his attorney, Eric Stephenson of Stephenson Law Firm. Upon review of that request and for good cause showing, the Clerk of the Court is hereby ordered to disburse the settlement proceeds of $80,000.00 by making payment out to Eric Stephenson — *Trust Account* — and mailing that payment to the following:

Stephenson Law Firm
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790

DATED 7/11/23

*The Honorable Bruce S. Jenkins*